*1151
 
 PER CURIAM.
 

 Because the trial court properly treated Appellant’s “Petition for Writ of Mandamus: Contesting Judge Michael G. Allen’s Prejudice” as a motion for disqualification, we treat Appellant’s appeal as a writ of prohibition.
 
 See
 
 Fla. R.App. P. 9.040(c);
 
 see also Sutton v. State,
 
 975 So.2d 1073, 1076 (Fla.2008) (“[Pjrohibition is ... clearly recognized as the proper avenue for immediate review of whether a motion to disqualify a trial judge has been correctly denied.”).
 

 The petition for writ of prohibition is denied on the merits.
 

 DAVIS, THOMAS, and RAY, JJ., concur.